# United States Bankruptcy Court
### Southern District of Ohio, Western Division

In re: John A. Kilgore, Wendy A. Kilgore, Debtor(s)

Case No.  
Chapter 7

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: November 21, 2003

/s/ John A. Kilgore  
John A. Kilgore  
Signature of Debtor

Date: November 21, 2003

/s/ Wendy A. Kilgore  
Wendy A. Kilgore  
Signature of Debtor

ABN AMRO Mort Group
Dept 8241
135 S. Lasalle St
Chicago, IL 60674

ACB American, Inc.
P.O. Box 2548
Cincinnati, OH 45201

Alliance One
644 Linn St., Suite 601
Cincinnati, OH 45203

Capital One
P.O. Box 85147
Richmond, VA 23285

Chase
P.O. Box 52050
Phoenix, AZ 85072

Children's Hospital Medical Center
3333 Burnet Ave.
Cincinnati, OH 45229

Citibank
P.O. Box 8112
South Hackensack, NJ 07606

Controlled Credit Corp.
3687 Warsaw Ave.
Cincinnati, OH 45205

Cross Country Bank
P.O. Box 310728
Boca Raton, FL 33431

CSC Credit Services
P.O. Box 674402
Houston, TX 77267

Discover
P.O. Box 8003
Hilliard, OH 43026

Eastern Cincinnati Orthopaedic, Inc.
1489 Solutions Center
Chicago, IL 60677

Experian
701 Experian Parkway
P.O. Box 2002
Allen, TX 75013

```
G.E. Capital
P.O. Box 9001557
Louisville, KY 40290

GMAC
P.O. Box 5180
Carolstream, IL 60197

Home Depot
P.O. Box 105981
Dept. 51
Atlanta, GA 30353

Home Improvement Loans
P.O. Box 530920, Dept. 98
Atlanta, GA 30353

Internal Revenue Service
Special Procedures Section
P.O. Box 1579
Cincinnati, OH 45201

J. Robert True
101 E. Main St.
Batavia, OH 45103

Mercy Health Partners*
4600 McAuley Place
Cincinnati, OH 45242

National City Bank
6 North Main Street
Dayton, OH 45412

Ohio Dept. of Taxation
Attn: Bankruptcy Division
P.O. Box 530
Columbus, OH 43266

Ohio Dept. of Taxation
c/o Attorney General-Rev Rec
Attn: Bankruptcy Staff
101 E. Town St.
Columbus, OH 43215

Perioperative Medical Consultant
P.O. Box 632335
Cincinnati, OH 45263

Providian
4460 Rosewood Drive., Building 6
Pleasanton, CA 94588
```

```
Qualified Emergency Specialists
1472 Solutions Center
Chicago, IL 60677-1004

Trans Union Corporation
2 Baldwin Place
P.O. Box 1000
Chester, PA 19022

Tri Health Bethesda
619 Oak Street
Cincinnati, OH 45206

U.S. Attorney
221 E. Fourth St., Suite 400
Cincinnati, OH 45202
```