Official Form 8
(9/97)

# United States Bankruptcy Court
## Southern District of Ohio, Western Division

In re: John A. Kilgore, Wendy A. Kilgore, Debtor(s)

Case No.

Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a. Property to Be Surrendered.*

   | | Description of Property | Creditor's name |
   |---|---|---|
   | 1. | Residence<br>3531 St. Rt. 132<br>Amelia, Ohio | ABN AMRO Mort Group |
   | 2. | 1999 Stingray | National City Bank |

   *b. Property to Be Retained*                    *[Check any applicable statement.]*

   | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
   |---|---|---|---|---|
   | -NONE- | | | | |

Date: November 21, 2003        Signature: /s/ John A. Kilgore
                                          John A. Kilgore
                                          Debtor

Date: November 21, 2003        Signature: /s/ Wendy A. Kilgore
                                          Wendy A. Kilgore
                                          Joint Debtor