R200322669
(jjobe)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT CINCINNATI

IN RE:                          :        Case No. 03-19218

John A. Kilgore                 :        Chapter 7
Wendy A. Kilgore
                                :        Judge Perlman

        Debtors                 :

                                :        **CERTIFICATION PURSUANT
                                         TO LBR 9021-1 OF NO
                                :        RESPONSE**

The undersigned hereby certifies pursuant to LBR 9021-1 that:

1.  On December 17, 2003, a Motion for Relief From Stay was filed by ABN Amro Mortgage Group, Inc.

2.  The Motion contained the Notice required by LBR 9013-1(a) and was properly served.

3.  No timely written response was filed with the Clerk in response to the Motion and served on the undersigned.

_Edward J. Boll_

Edward J. Boll, III, Case Attorney
Ohio Supreme Court #0072982
LERNER, SAMPSON & ROTHFUSS
Attorneys for ABN Amro Mortgage Group, Inc.
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100

FILED

2004 JAN 13 PM 3: 44

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO