Form a0grmsty

**United States Bankruptcy Court**
**Southern District of Ohio**
**221 East Fourth Street, Suite 800**
**Cincinnati, OH 45202−4133**

In Re:  John A. Kilgore
       Wendy A. Kilgore
           Debtor(s)

SSN/TAX ID:
    xxx−xx−7734
    xxx−xx−2450

Case No.: 1:03−bk−19218

Chapter: 7

Judge: Burton Perlman

**ORDER GRANTING MOTION FOR RELIEF**
**FROM THE AUTOMATIC STAY AND/OR CODEBTOR STAY**
**(Creditor)**

On December 17, 2003 creditor ABN AMRO Mortgage Group, Inc. filed a motion seeking relief from the automatic stay imposed by 11 U.S.C. §362 and/or codebtor stay imposed by 11 U.S.C. §1201 or §1301.

The movant has filed a certification that complies with Local Bankruptcy Rule 9021−1(a)(1), including a statement that service and notice have been made pursuant to Local Bankruptcy Rules 4001−1(b) and (c) and 9 013−3(a) and that no timely response has been filed.

Therefore, under the authority granted by Local Bankruptcy Rules 4001−1(d), 9013−1(e) and 9021−1(a), relief from the stay imposed by 11 U.S.C §362(a) and/or relief from the codebtor stay imposed by 11 U.S.C. §1201 or §1301 is granted.

**IT IS SO ORDERED.**

Dated: January 14, 2004

                                         Michael D Webb
                                         Clerk, U.S. Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0648-1           User: lermat              Page 1 of 1              Date Rcvd: Jan 14, 2004
Case: 03-19218                 Form ID: a0grmsty         Total Served: 6

The following entities were served by first class mail on Jan 16, 2004.
db          John A. Kilgore,    3531 St. Rt. 132,    Amelia, OH   45102
jdb         Wendy A. Kilgore,   3531 St. Rt. 132,    Amelia, OH   45102
aty         Edward J Boll, III,    120 East Fourth Street,    8th Floor,    PO Box 5480,    Cincinnati, OH   45202
tr          E. Hanlin Bavely,    432 Walnut Street Suite 850,    Cincinnati, OH   45202
ust         Asst US Trustee,    Office of the US Trustee,    36 East Seventh Street,    Suite 2050,
             Cincinnati, OH   45202

The following entities were served by electronic transmission on Jan 14, 2004 and receipt of the transmission
was confirmed on:
aty         E-mail: blake@mezherlaw.com Jan 14 2004 22:41:51     Kathleen D Mezher,   8075 Beechmont Avenue,
             Second Floor,   Cincinnati, OH   45255
                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          ABN AMRO Mortgage Group  Inc
                                                                                            TOTALS: 1, * 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 16, 2004**                           **Signature:** _/s/ Joseph Speetjens_