**FILED**

2004 JAN 21 PM 3: 24

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | | |
|---|---|---|
| In the matter of: | § § | |
| JOHN A KILGORE | § | Case No. 03-19218 |
| WENDY A KILGORE | § § | |
| | § | Chapter 7 |
| | § | |
| Debtor(s). | § | Judge Burton Perlman |

## TRUSTEE'S REPORT OF NO DISTRIBUTION

I, E. Hanlin Bavely, Trustee, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate except exempt property; that I have made diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law.

Pursuant to FRBP 5009, I hereby certify that the estate of the above-named debtor(s) has/have been fully administered.

I request that this report be approved, and that I be discharged from further duties as trustee.

Date: January 19, 2004

E. Hanlin Bavely, Trustee