IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

FILED
2004 FEB 20 PM 1:28
U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | CASE NO. 03-19218 |
| John A. Kilgore | |
| Wendy A. Kilgore | CHAPTER 7 |
| Debtor(s) | |
| | Judge Perlman |

SPECIAL LIMITED NOTICE OF APPEARANCE
AND REQUEST FOR NOTICES ON BEHALF OF
OHIO DEPARTMENT OF TAXATION

Please take notice that Ohio Department of Taxation appears herein by and through counsel Gregory D. Delev, or his duly appointed delegate, in his official capacity as Special Counsel to the Ohio Attorney General pursuant to ORC §109.08 for the limited purpose of directing, pursuant to Fed. R. Bank. P. 2002(g), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth for it in the schedules and also at the following address:

> Ohio Department of Taxation
> Gregory D. Delev (0055711)
> Special Counsel, Office of the Attorney General
> John M. Williams (0064175)
> 432 Walnut St., Suite 800
> Cincinnati, OH 45202
> Ph: (513) 621-0930
> Fax: (513) 562-8822

Please take further notice that the foregoing request includes not only the notices referred to in Fed. R. Bank. P. 2002, but also includes, without limitation, any orders, applications, motions, petitions, pleadings, requests, complaints or other papers which may affect or seek to affect in any way the procedural or equitable rights or interests of Ohio Department of Taxation.

This special limited notice of appearance is being filed for the sole purpose of notifying the Court and the parties of the address to be used for services of notices, orders and pleadings. The undersigned does not have the authority or capacity to waive the sovereign immunity of Ohio Department of Taxation or of the State of Ohio or the consent to this Court's jurisdiction over Ohio Department of Taxation or the

State of Ohio. Accordingly, this special limited notice of appearance does not constitute a waiver of sovereign immunity by or on behalf of Ohio Department of Taxation, the State of Ohio, or any of its other departments, agencies, boards or other instrumentalities.

Respectfully submitted,

JIM PETRO
OHIO ATTORNEY GENERAL

_____
Gregory D. Delev (0055711)
Special Counsel, Office of the Attorney General
John M. Williams (0064175)
Attorney for Creditor, State of Ohio
432 Walnut St., Suite 800
Cincinnati, OH 45202
Ph: (513) 621-0930
Fax: (513) 562-8822

### CERTIFICATE OF SERVICE

A copy of the foregoing was mailed February 20, 2004 to

Attorney for Debtors(s)

Kathleen D. Mezher
8075 Beechmont Ave.
Second Floor
Cincinnati, OH 45255
Trustee

E. Hanlin Bavely, Trustee
432 Walnut Street, Suite 850
Cincinnati, OH 45202

Office of the U.S. Trustee
36 E. 7th Street, Suite 2030
Cincinnati, OH 45202

_____
John M. Williams (0064175)
Attorney for Creditor, State of Ohio

H:\OAG\2003 bankruptcy\b132-03 Kilgore\Notice of App & Req for Svc.doc